**Order filed August 9, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01091-CV**
_____

**RANDY GOLDBERG, Appellant**

**V.**

**TRACY ZINN, Appellee**

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-79869**

## O R D E R

Appellant's brief was due July 25, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **September 10, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM